# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| SUSAN E. KING, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: <br> ) 4:15-cv-02348-VEH |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Susan E. King ("Plaintiff") and Defendant Portfolio Recovery Associates, LLC, ("Defendant") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Defendant, in the above-styled action, with the parties to bear their own fees, costs and expenses.

Respectfully submitted this 30th day of **March, 2016**.

| | |
|---|---|
| John G. Watts (ASB-5819-t82j) | Alan D. Leeth |
| M. Stan Herring (ASB-1074-n72m) | R. Frank Springfield |
| Watts & Herring, LLC | Rachel R. Friedman |
| 301 19th Street North | BURR & FORMAN LLP |
| Birmingham, Alabama 35203 | 420 North 20th Street, Suite 3400 |
| (205) 879-2447 | Birmingham, Alabama 35203 |
| john@wattsherring.com | fspringfield@burr.com |
| stan@wattsherring.com | rfriedman@burr.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |