FILED
2016 Mar-30 PM 02:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| SUSAN E. KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO.: |
| | ) 4:15-CV-2348-VEH |
| | ) |
| PORTFOLIO RECOVERY | ) |
| ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER DISMISSING CASE

All parties hereto have filed a Joint Stipulation of Dismissal With Prejudice, (doc. 12). Therefore, the court **ORDERS** that this action and all claims contained herein are **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** and **ORDERED** this 30th day of March, 2016.



**VIRGINIA EMERSON HOPKINS**
United States District Judge